UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>  v.<br><br>ALI AL-SHAIBANI,<br><br>                    Defendant. | **NO. 25-00198 JHC**<br><br><br>**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTION DEADLINE** |

The Court has considered the Defendant Ali Al-Shaibani's Unopposed Motion to Continue the Pre-Trial Motions deadline.  Dkt. # 52.  The Court notes that the motion does not seek to move the current trial date, which might implicate the previously filed Speedy Trial Waiver.

Therefore, the Court hereby GRANTS the motion and sets the pre-trial motions deadline as August 10, 2026.

**ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE PRE-TRIAL MOTIONS DEADLINE**
*United States v. Al-Shaibani*, 25-00198 JHC

Dated this 2nd day of July 2026.

_____
John H. Chun
United States District Judge

**ORDER GRANTING UNOPPOSED MOTION TO**
**CONTINUE PRE-TRIAL MOTIONS DEADLINE**
*United States v. Al-Shaibani*, **25-00198 JHC**