UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALI AL-SHAIBANI,<br>Defendant. | CASE NO. 2:25-cr-00198-JHC<br>**ORDER REVOKING ORDER OF RELEASE AND APPEARANCE BOND** |

On August 4, 2026, Defendant pleaded guilty to conspiracy to distribute controlled substances, and the Court set sentencing for October 26, 2026. The United State Probation and Pretrial Office subsequently filed petitions alleging Defendant violated conditions of release and warrants for Defendant's arrest were issued. Defendant has admitted he violated the conditions of release as alleged and stipulated to detention. The Court finds based upon the admitted violations and Defendant's stipulation to detention, that Defendant shall be detained. The Court also grants Defendant leave to reopen the issue of detention.

The Court accordingly **ORDERS**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal.

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel.

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 24th day of August, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge